Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
                         (State)

Case number (*If known*): ____ 24-57012 ____ Chapter __7__

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2024 JUL -5 PM 12: 41

VANIA S. ALLEN
CLERK
BY: *Rachael Smith*
DEPUTY CLERK

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

M & T REAL ESTATE GROUP II, INC.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

M& T Real Estate Group

AASAC Transitional Coummunity Housing Homeless program

3. **Debtor's federal Employer Identification Number (EIN)**

8  3  –  4  6  2  2  6  3  4

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 955 COMMERCIAL ST NE | same |
| Number       Street | Number       Street |
| | P.O. Box |
| Conyers          GA     30012 | |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Rockdale | |
| County | Number       Street |
| | |
| | City          State     ZIP Code |

5. **Debtor's website** (URL)

no longer available- Out of business

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor _____     Case number *(if known)*_____
          Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes.  District Northern District    When 03/06/2023    Case number 23-52191
                                            MM / DD / YYYY
         District _____    When _____    Case number _____
                                            MM / DD / YYYY

Debtor   M & T REAL ESTATE GROUP II, INC.                          Case number (if known) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.   Debtor   Adrian Tisdale                    Relationship   CEO
         District   Northern District               When   05/22/2023
                                                           MM / DD / YYYY
         Case number, if known   23-54795

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other   Building under eviction notice and need to sell all assets left in building desk, chairs, conference tables etc...

**Where is the property?**   955 COMMERCIAL ST NE
                            Number       Street

                            Conyers                           ga    30012
                            City                              State ZIP Code

**Is the property insured?**

☑ No
☐ Yes. Insurance agency _____

          Contact name   _____

          Phone          _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☑ More than 100,000

| Debtor | M & T REAL ESTATE GROUP II, INC. | Case number (*if known*)_____ |
| --- | --- | --- |
| | Name | |

| 15. Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| --- | --- |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/26/2024
                        MM  / DD  / YYYY

✗ _____          Adrian Tisdale
Signature of authorized representative of debtor          Printed name

Title  CEO/POA

| 18. Signature of attorney | ✗    Attorney on Medical Leave unable to take over case until July 8, 2024 |
| --- | --- |
| | _____   Date _____ |
| | Signature of attorney for debtor          MM  / DD  / YYYY |

Kent Mitchell, Bankrutpcy Attorney
Printed name
Giddens, Mitchell & Associates P.C. Suite 555
Firm name
3951 Snapfinger Parkway
Number          Street
Decatur                                                  GA          30035
City                                                     State        ZIP Code

Kenneth Mitchell                                         gmapclaw1@gmail.com
Contact phone                                            Email address

_____                                  GA
Bar number                                               State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

```
Fill in this information to identify the case:

Debtor name    M & T REAL ESTATE GROUP II, INC.

United States Bankruptcy Court for the: NOTHERN              District of  GA
                                                                        (State)
Case number (If known):  _____
```

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

**2. Cash on hand**                                                                                        $_____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

**4. Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
| --- | --- |
| 4.2. _____ | $_____ |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $_____

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. RNP- NICHOLAS PASCENTE & RYAN -  SECURITY DEPOSIT NEVER RETURNED AFTER RELIFE OF STAY GRANTED | $ 2,500.00 |
| --- | --- |
| 7.2. _____ | $_____ |

Debtor    M & T REAL ESTATE GROUP II, INC.
_____
Name

Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. NONE _____    $_____

8.2. _____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                              face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔    $_____
                          face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. _____ | _____% | _____ | $_____ |
| 15.2. _____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Describe: | | |
|---|---|---|
| 16.1. _____ | _____ | $_____ |
| 16.2. _____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor _____   Case number (if known)_____
        Name

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** GOOD FOR SALE | 01/01/2024 MM / DD / YYYY | $6,000 | _____ | $6,000.00 |
| **22. Other inventory or supplies** TABLES, CHAIRS, DESKS, ETC | 01/01/2024 MM / DD / YYYY | $15,000.00 | _____ | $15,000.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$21,000.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor _____     Case number (if known)_____
              Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☑ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furnturer | $ 15,000 | _____ | $ 15,000 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 2 computers | $ 1000.00 | _____ | $ 1,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles 42.1 art work hanging on walls | $ 500.00 | _____ | $ 500.00 |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ 16,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor _____    Case number (if known)_____
        Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    M & T REAL ESTATE GROUP II, INC.    _____    Case number (if known)_____
         Name

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.  $500,000 improvement made to property

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 955 COMMERCIAL ST NE | 1,500,000.00 | $_____ | _____ | 1,500,000.00 |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,500,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 6

Debtor    M & T REAL ESTATE GROUP II, INC.                                                      Case number (if known)_____
                    Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____    _____ — _____ = ➡   $_____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**
_____                      $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Lyndon Greene/G-Trans LC pending case Rockdale County superior Court      $ 500,000.00
Nature of claim          Plaintiff claim he had no knowledge of use of his down payment, never showed up for closing and Greene gave permission to closing attorney to use his funds to purchase 955 Commerical of free will.
Amount requested        $ 500,000 counterclaim

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
Lender Skybeam Capital REIT LLC, did not secure the "Ability to repay" under Federal & State    $ 1,300,000.00
Nature of claim          Lender did not secure 2nd signature of cosigner Lyndon Greene which cause the default
Amount requested        $ 1,300,000.00

76. **Trusts, equitable or future interests in property**
_____                      $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____                      $_____
_____                      $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.      $ 1,800,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☑ Yes

Debtor   **M & T REAL ESTATE GROUP II, INC.**
_____
Name                                                      Case number *(if known)*_____

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0 | |
| 83. Investments. *Copy line 17, Part 4.* | $0 | |
| 84. Inventory. *Copy line 23, Part 5.* | $21,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $16,500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0 | |
| 88. Real property. *Copy line 56, Part 9.* .........................➔ | | $0,500,000 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $1,800,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $1,837,500.00 + 91b. | $0 |

955 COMMERCIAL ST NE- forclosed by Lender and lost 1,300,000 million in equity

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................   $ 1,837,500.00

Fill in this information to identify the case:

Debtor name ___M & T REAL ESTATE GROUP II, INC.___

United States Bankruptcy Court for the: ___Northern___ District of __GA__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1** Creditor's name
Skybeam Capital REIT LLC,

Creditor's mailing address
3225 Cumberland Blvd Suite 100
Atlanta GA  30339

Creditor's email address, if known
_____

Date debt was incurred   June 22, 2022
Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
    Skybeam Capital Parternes LLC
    3225 Cumberland Blvd Suite 100 Atlanta GA  30339- Same people own both companies

Describe debtor's property that is subject to a lien
Hard money loan lein for $700,000.00                    $ 850,000.00     $ 2,000,000.00

Lender forclosed on building via relief of stay prior bankrutpcy case
_____

Describe the lien
mortgage lein
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____                    $_____     $_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $ 850,000.00

Debtor    M & T REAL ESTATE GROUP II, INC.
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.__** Creditor's name

_____

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

❑ No

❑ Yes. Have you already specified the relative priority?

    ❑ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ❑ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

❑ No

❑ Yes

Is anyone else liable on this claim?

❑ No

❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

$_____        $_____

---

**2.__** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

❑ No

❑ Yes. Have you already specified the relative priority?

    ❑ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ❑ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

❑ No

❑ Yes

Is anyone else liable on this claim?

❑ No

❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

$_____        $_____

Debtor _____     Case number (if known)_____
     Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Skybeam Capital Parternes LLC-  3225 CUMBERLAND Blvd Suite 100 Atlanta GA  30339 | Line 2. 1 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor          M & T REAL ESTATE GROUP II, INC.

United States Bankruptcy Court for the:  Northern          District of  ga
                                                                    (State)

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
Skybeam Capital REIT LLC,
3225 Cumberland Blvd Sutie 100
Atlanta GA 30339

**Date or dates debt was incurred**
June 22, 2022

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)**

**As of the petition filing date, the claim is:** $ 850,000.00       $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated                    Lender already foreclose on property
☑ Disputed

**Basis for the claim:**
purchase money loan mortgage

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.2** | **Priority creditor's name and mailing address**
Skybeam Capital Parternes LLC
3225 Cumberland Blvd Suite 100
Atlanta GA 30339

**Date or dates debt was incurred**
no debt incurred at all

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)**

**As of the petition filing date, the claim is:** $ _____       $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Property transferred to Skybeam Partners to avoid legal action to evict M & T by same owners at Skybeam Capital REIT LLC
No debt was ever owed to this Creditor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.3** | **Priority creditor's name and mailing address**
Small Business Adminstration
233 Peachtree St NE
Atlanta GA 30303

**Date or dates debt was incurred**
12/24/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)**

**As of the petition filing date, the claim is:** $ 126,900.00       $ 126,900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
COVID 19 RELIEF FUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **M & T REAL ESTATE GROUP II, INC.**    Case number *(if known)* _____
          Name

| Part 1. | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2._** Priority creditor's name and mailing address                                   $ 295,000.00      $ _____

Adrian Tisdale
955 COMMERCIAL ST NE
CONYERS GA  30012

**Date or dates debt was incurred**
June 22, 2022

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAID FUNDS FOR DOWN PAYMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2._** Priority creditor's name and mailing address                                   $ 2000      2000.00
                                                                                         $ _____

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA GA  30345

**Date or dates debt was incurred**
June 22, 2022

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES DUE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2._** Priority creditor's name and mailing address                                   $ 65,000.00      $ 65,000.00

IRS
P. O. BOX 7346
PHILADELPHOA PA  19101-7346

**Date or dates debt was incurred**
2022

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
IRS TAXES DUE

**Is the claim subject to offset?**
☐ No
☑ Yes      FUNDS ARE DUE COMPANY UNDER REIMBURSMENT PROGRAM

---

**2._** Priority creditor's name and mailing address                                   $ 8,000      $ 8,000.00

sOCIAL SECURITY ADMINSITRATION
6670 MERCHANTS WAY
MORROW GA  30260

**Date or dates debt was incurred**
2022-2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES DUE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    M & T REAL ESTATE GROUP II, INC
_____   Case number (if known) _____
         Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order** all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
ADT
3190 S VAUGHN WAY
AURORA CO 80014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 4,000.00

Basis for the claim: SECURITY SYSTEM NEVER INSTALLED PROPERLY

Date or dates debt was incurred    2023
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Vivint billing
62992 Collections Drive
Chicago, IL  60693-0629

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 1,000.00

Basis for the claim: request removing & relocation and never complete job to new location disputed by Adrian Tisdale

Date or dates debt was incurred    2023
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
PYRO PROTECTION LLC
PO BOX 1279
JACKSON GA 30233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.00

Basis for the claim: _____

Date or dates debt was incurred    2023
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
SPECTRUM FLOORING & DESIGN
5335 DIVIDEND DR
DECATUR GA 30035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

Basis for the claim: WOOD FLOOR REPAIR- BALANCE DUE

Date or dates debt was incurred    2023
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
COREY SMITH
CLSMITH DEVELOPMENT
3130 SCENIC BROOK DR
CONYERS GA 30094

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 12,324.00

DISPUTED CASE# 21d17675- Landlord refused to do proper repairs- ceiling cave in on tenants twice due to water leak in bathrooms upstairs- damage furniture, stuck us with a large water bill that landlord was due to pay.

Basis for the claim:

Date or dates debt was incurred    2023
Last 4 digits of account number    7675

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Dekalb County Georgia Water Authority
774 Jordan Lane, Suite 200
Decature GA 30033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,000.00

Water bill belong to Landlord Corey Smith due to water damage leak from ceiling falling down twice- He worked for Dekalb County and use his position with the county and had bill put into our name illegaly.

Basis for the claim:

Date or dates debt was incurred    2023
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

re: 2380 Rambling Way, decatur Ga  30058

Debtor

Name                                                                              Case number *(if known)* _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.__** Nonpriority creditor's name and mailing address

DR WILLIAM WOLF
1253 COMMERICAL ST SW SUITEB
CONYERS GA  30094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: CONTRACT- RENT DURNING COVID 19 SHUT DOWN BY GEORGIA GOVERNOR

Date or dates debt was incurred   12/24/2022

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,000.00

---

**3.__** Nonpriority creditor's name and mailing address

WALTON GAS

PO BOX 1347
MONROE GA  30655

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: GAS BILL- 955 COMMERICAL ST NE 30012

Date or dates debt was incurred   2023-2024

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 500.00

---

**3.__** Nonpriority creditor's name and mailing address

GOTO COMMUNICATIONS
PO BOX 412252
BOSTON MA  02241-2252

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: JIVE PHONE SERVICE

Date or dates debt was incurred   2023-2024

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 600.00

---

**3.__** Nonpriority creditor's name and mailing address

INFINITY COMCAST
ONE COMCAST CENTER
1701 JFK BLVD
PHILADELPHIA PA  19103-2838

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: INTERNET SERVICE

Date or dates debt was incurred   2023

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 800.00

---

**3.__** Nonpriority creditor's name and mailing address

GEORGIA POWER
241 RALPH MCGILL BLVD
ATLANTA GA  30308

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ELECTRIC BILL

Date or dates debt was incurred   2022-2023

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ UNKNOWN

---

Debtor _____  Case number *(if known)* _____

   Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                  **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Lyndon Greene/G-Trans LC
147 Lawshe Street
Atlanta GA  30314

As of the petition filing date, the claim is: $ 180,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

DISPUTED CASE- Rockdale County Superior Court claimed he did not agree to purchase, when he gave the closing attorney  Matt Durell permission to use his funds for down payment, via email and verbal, text messages to prove case against Lyndon Greene.  He was 2nd cosigner on debt

Basis for the claim: on 955 commerical st purchase and caused default by not signing note to repay debt.  Lender negleted to secure his signature.

Date or dates debt was incurred  06/22/2022

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes     CASE #2023-CV-2472

---

**3.2** Nonpriority creditor's name and mailing address

RNP- NICHOLAS PASCENTE & RYAN
2312 ARCHWOOD LN UNIT #83
SIMI VALLEY CA  93063

As of the petition filing date, the claim is: $ -2500.00  due to M & T
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

SECURITY DEPOSIT NEVER RETURNED AFTER RELIFE OF STAY GRANTED never received any notice of any damages to justify keeping secuirty deposit due refund security deposit

Basis for the claim: _____

Date or dates debt was incurred  2023

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

JPM INVESTMENT GROUP LLC
ERIC T JOHNSON, ATTORNEY
4390 EARNEY RD SUITE 230
WOODSTOCK GA  30188

As of the petition filing date, the claim is: $ 8,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: RENT CLAIM DUE- DO NOT OWE

Date or dates debt was incurred  2022

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

ALDERMAN & HUTCHERSON LLC
RE: LYNDON GREENE/G-TRANS LC
487 Cherry Street, Suite 250
Macon GA  31201

As of the petition filing date, the claim is: $ 180,000  dupilcate
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Represent , Lyndon Greene/G-Trans LC pending case Rockdale County superior Court- disputed- Lawfirm filed a case against Debtor and Adrian Tisdale while both was in an active bankruptcy in violation of bankrutpy laws, case #2023-CV-2472

Basis for the claim: _____

Date or dates debt was incurred  2023

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes     Counter claim filed against Lyndon Greene/G TransLC $500,000

---

**3.5** Nonpriority creditor's name and mailing address

RISING PEAK LLC
1775 Parker Road Bldg C
Suite 210
Conyers GA  30094

As of the petition filing date, the claim is: $ 1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: rental deposit

Date or dates debt was incurred  June 2022

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.6** Nonpriority creditor's name and mailing address

BEAR GROUP LLC
1924 30TH AVENUE
GULFPORT, MS  39501

As of the petition filing date, the claim is: $ 20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2023-2024

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**57**

Debtor    M & T REAL ESTATE GROUP II, INC.                                    Case number *(if known)* _____
              Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. _____ | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____  Case number (if known)_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| | | |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ 1,350,900.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 32,516.00  $220,516.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,383,416<br>$1, 571,416.00 |

Fill in this information to identify the case:

Debtor name  M & T REAL ESTATE GROUP II, INC.

United States Bankruptcy Court for the: NORTHERN          District of  GA
                                                                              (State)

Case number (If known): _____          Chapter ____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | DEBTOR PURCHASED BUILDING AND PUT DOWN $347,000 DOWN PAYMENT AND DID IMPROVEMENTS OF $500,000 TO BUILDING- LENDER FORECLOSE - DEBTOR STILL LOCATED IN THE BUILDING PENDING EVICTON | Skybeam Capital Parternes LLC & Skybeam Capital REIT LLC SAME OWNERS 3225 Cumberland Blvd, Suite 100 Atlanta Ga  30339 |
| | State the term remaining | n/a | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____    Case number (if known)_____
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                           whom the debtor has an executory contract or unexpired lease

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

Fill in this information to identify the case:

Debtor name __M & T REAL ESTATE GROUP II, INC.__

United States Bankruptcy Court for the: __Northern__ District of __GA__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| **2.1** Adrian Tisdale <br> signature Guarantor of debt | 955 COMMERCIAL ST NE <br> Street <br><br> Conyers ____ ga ____ 30012 <br> City ____ State ____ ZIP Code | _____ | ☑ D <br> ☑ E/F <br> ☑ G |
| **2.2** _____ | _____ Street <br><br> _____ <br> City ____ State ____ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.3** _____ | _____ Street <br><br> _____ <br> City ____ State ____ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.4** _____ | _____ Street <br><br> _____ <br> City ____ State ____ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.5** _____ | _____ Street <br><br> _____ <br> City ____ State ____ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.6** _____ | _____ Street <br><br> _____ <br> City ____ State ____ ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor _____     Case number *(if known)*_____
　　　　Name

<table>
<tr><td style="background:#333"></td><td><strong>Additional Page if Debtor Has More Codebtors</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**　　　　　　　　　　　　　　　　　　　*Column 2:* **Creditor**

| Name | Mailing address | Name | Check all schedules that apply: |
|------|----------------|------|-------------------------------|

2.___ _____  Street _____  _____  ☐ D ☐ E/F ☐ G
　　　　　　　　　_____
　　　　　　　　　City　　State　　ZIP Code

2.___ _____  Street _____  _____  ☐ D ☐ E/F ☐ G
　　　　　　　　　_____
　　　　　　　　　City　　State　　ZIP Code

2.___ _____  Street _____  _____  ☐ D ☐ E/F ☐ G
　　　　　　　　　_____
　　　　　　　　　City　　State　　ZIP Code

2.___ _____  Street _____  _____  ☐ D ☐ E/F ☐ G
　　　　　　　　　_____
　　　　　　　　　City　　State　　ZIP Code

2.___ _____  Street _____  _____  ☐ D ☐ E/F ☐ G
　　　　　　　　　_____
　　　　　　　　　City　　State　　ZIP Code

2.___ _____  Street _____  _____  ☐ D ☐ E/F ☐ G
　　　　　　　　　_____
　　　　　　　　　City　　State　　ZIP Code

2.___ _____  Street _____  _____  ☐ D ☐ E/F ☐ G
　　　　　　　　　_____
　　　　　　　　　City　　State　　ZIP Code

2.___ _____  Street _____  _____  ☐ D ☐ E/F ☐ G
　　　　　　　　　_____
　　　　　　　　　City　　State　　ZIP Code

Fill in this information to identify the case:

Debtor name __M & T REAL ESTATE GROUP II, INC.__

United States Bankruptcy Court for the: __Northern__   District of __GA__
                                                              (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ 1,500.000

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $ 37,500.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $ 1,537,500

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................ $ 850,000.00-
   Forclosed 1/2024

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $ 496,900.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ + $ 241,616.00

4. **Total liabilities**.......................................................................................
   Lines 2 + 3a + 3b                                                                                       $ 738,516.00

Forclosure date
955 Commercial  - INCLUDED $1,588,516.00

Fill in this information to identify the case and this filing:

Debtor Name  M & T REAL ESTATE GROUP II, INC.

United States Bankruptcy Court for the:  NORTHERN    District of  GA
                                                                      (State)

Case number (If known):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/26/2024          ✗ _____
              MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                  ADRIAN TISDALE
                                  Printed name

                                  CEO/POA
                                  Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

# List of Creditors

Skybeam Capital REIT LLC
3225 Cumberland Blvd Suite 100
Atlanta, GA  30339

Skybeam Capital Partners LLC
3225 Cumberland Blvd Suite 100
Atlanta, GA  30339

Magistrate Court of Rockdale County
PO Box 289
874 North Main Street NW
Conyers GA  30012

Rockdale Court of Superior Court & State Court
922 Court ST NE
Conyers GA 30012

Small Business Administration
Loan #XXXXXXXX8007
233 Peachtree St NE
Atlanta, GA  30303

Adrian Tisdale
955 Commercial Street NE
Conyers GA  30012

Lyndon Greene
G-Trans, LC
147 Lawshe Street
Atlanta, GA  30314

Rockdale Water Resources
P.O. Box 1378
Conyers GA  30012

GAS SOUTH
P.O. BOX 530552
Atlanta, GA  30353

Atlanta GA LIGHT
P.O. BOX 4569
Atlanta, GA  30302

Clayton County Water
1600 Battle Creek Road
Morrow GA  30262

Cycle Works Sanitation
P O Box  689
Ball Ground, GA  30107

Colonial Heating & Air
P.O. Box  80443
Conyers GA  30013

The Home Depot
Dept 32-2201496209
PO Box 70614
Philadelphia PA  19176-0614

The Perfect Answer
PO Box  2027
Woodstock, GA  30188

KABBAGE (American Express)
PO Box  650448
Dallas, TX  75265-0448

ADT
3190 S Vaughn Way
Aurora, CO  80014

Pyro Protection LLC
PO BOX 1279
Jackson, GA  30233

Spectrum Flooring & Design
5335 Dividend Dr
Decatur GA  30035

Corey Smith
CLSmith Development
3130 Scenic Brook Dr
Conyers GA  30094

Dekalb County Georgia Water Authority
774 Jordan Lane
Suite 200
Decatur, GA  30033

Dr William Wolf
1253 Commercial St SW
Suite B
Conyers, Ga  30094

GOTO Communications
P.O. BOXZ  412252
Boston, MA  02241-2252

Infinity Comcast
One Comcast Center
1701 JFK Blvd
Philadelphia PA  19103-2838

Georgia Power
241 Ralph McGill Blvd
Atlanta, GA  30308

RNP-Nicholas Pascente & Ryan
2312 Archwood Ln Unit#83
Simi Valley, CA  93063

Atlanta Georgia IRS Office
1899 Powers Ferry Road Southeast
Atlanta, GA  30339

Georgia Department of Revenue
1800 Century Blvd NE
Atlanta, GA  30345

Social Security Administration
6670 Merchants Way
Morrow, GA  30260

JPM Investment Group LLC
Eric T Johnson, Attorney
4390 Earney Road Suite 230
Woodstock, GA  30188

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Securities and Exchange Commission
Office of Reorganization Sute 900
East Paces Ferry Road NE
Atlanta, GA  30326-1382

Secretary of the Treasury
15th & Pennsylvania Ave NW
Washington DC   20200

Vivint: Billing
62992 Collections Drive
Chicago, IL 60693-0629

Vivint corporate Office
4931 North 300 West
Provo, UT 84604

Walton Gas
P.O. Box 1347
Monroe, GA   30655

City of Conyers
Sanitation Department
P.O. Drawer 1259
Conyers GA   30012

City of Conyers
901 O'Kelly Street
Conyers GA   30012

Rising Peak LLC
1775 Parker Road Bldg C
Suite 110
Conyers GA   30094

Bear Group LLC
1924 30th Avenue
Gulfport, MS   39501

| Case Number: 24-57012 | Name:  M&T | Chapter: 7  Division: Atlanta |
|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. **Failure to comply may result in the dismissal of your case.**

If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

☐ Individual - Series 100 Forms                    ☒ Non-Individual - Series 200 Forms

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov.

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (signature must be **notarized,**
**or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address
☐ Statistical Estimates
☐ Other:

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☐ Statement of Financial Affairs
☐ Schedules: A/B D E/ F G H
☐ Summary of Assets and Liabilities
☐ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature *(Form 119)*
☐ Disclosure of Compensation of Petition Preparer *(Form 2800)*
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling *(Individuals only)*
☐ Pay Advices *(Individuals only)* *(2 Months)*
☐ Chapter 13 Plan, complete with signatures *(local form)*
☒ Corporate Resolution *(Non-Individual Ch. 7 & 11)*

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch.7 *(Individuals only)*

**Chapter 11**
☐ 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**Case filed via:**
☒ Intake Counter by:
   ☐ Attorney
   ☐ Debtor
   ☐ Other:  Adrian Tisdale 678-206-3415

☐ Mailed by:
   ☐ Attorney
   ☐ Debtor
   ☐ Other:

☐ Email [Pursuant to Amended and Restated General Order 45-2021, this petition was received for filing via email]

**History of Case Association**
Prior cases within 3 years:

Signature:
Acknowledgment of receipt of Deficiency Notice

Intake Clerk:  rsmith          ID Verified☒  Date:7/5/24

**FILING FEE INFORMATION**
**Online Payment for Filing Fee**  https://www.ganb.uscourts.gov/online-payments (not for chapter 13 plan payments)
☐ Paid $_____
☐ Pending Pay.Gov, Paid $_____
☐ IFP filed (Ch.7 Individuals Only)
☐ **2g-Order Granting**    ☐ **3g-Order Granting 10-day** (initial payment of $_____ due within 10 days)
☐ **2d-Order Denying** with filing fee of $_____ due within **10 days**
☒ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee.

You may mail documents and filing fee payments (no personal checks or cash accepted) to the address below.
All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000