# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 24-57012-PWB |
| M & T REAL ESTATE GROUP, ) | |
| II, INC., ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

## TRUSTEE'S REJECTION OF APPOINTMENT

**COMES NOW,** Tamara Miles Ogier as Trustee for the above-referenced bankruptcy Estate, who respectfully rejects this appointment due to a conflict of interest.

Date: July 24, 2024

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: */s/ Tamara Miles Ogier*
    Tamara Miles Ogier
    Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30033
(404) 525-4000
tmo@orratl.com